No. 44627.—Protests 756359–G/82766, etc., of Stern McGivney Co. (Chicago).

Opinion by BROWN, J. It was stipulated that the merchandise is woolen hat shapes similar to those the subject of *Cohn* v. *United States* (25 C. C. P. A. 220, T. D. 49335). The protests were therefore sustained.